UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Case No. 1:19-cv-1110

| | |
|---|---|
| KEITH E. WILLIAMS, SR. and ADDIE L. WILLIAMS, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES III TRUST, and SN SERVICING CORPORATION, <br><br> Defendants. | **DECLARATION OF SERVICE** |

      I, Craig M. Shapiro, an attorney of record in this case, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

    1.    On or about November 5, 2019, copies of the summons and complaint were sent by U.S. Postal Mail, certified mail return receipt requested, to Defendant SN Servicing Corporation's Registered Agent Corporation Service Company at 2626 Glenwood Avenue, Suite 550, Raleigh, North Carolina.

    2.    On November 8, 2019, the summons and complaint were received by Defendant SN Servicing Corporation's Registered Agent, as evidenced by the attached return receipt, which follows this page.

Executed in Durham, North Carolina, on November 18, 2019.

                                                       /s/ Craig M. Shapiro
                                                       Craig M. Shapiro

