UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Case No. 1:19-cv-1110

| | |
|---|---|
| KEITH E. WILLIAMS, SR. and ADDIE L. WILLIAMS, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES III TRUST, and SN SERVICING CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **DECLARATION OF SERVICE** |

      I, Craig M. Shapiro, an attorney of record in this case, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

    1.    On or about November 5, 2019, copies of the summons and complaint were sent by U.S. Postal Mail, certified mail return receipt requested, to Defendant U.S. Bank Trust National Association's agent for service at 300 Delaware Avenue, Ninth Floor, Wilmington, Delaware.

    2.    On November 12, 2019, the summons and complaint were received by Defendant U.S. Bank Trust National Association's agent for service, as evidenced by the attached return receipt, which follows this page.

Executed in Durham, North Carolina, on November 18, 2019.

                                                      /s/ Craig M. Shapiro
                                                      Craig M. Shapiro

**Return Receipt (Form 3811) Barcode**

9590 9266 9904 2137 0567 74

1. Article Addressed to:

U.S. Bank Trust National Association
Attn Officer or Managing Agent
9th Floor
300 Delaware Ave
Wilmington, DE 19801

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2137 0567 71

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): K. HOLBERT
C. Date of Delivery: 11/12/19

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

Williams (US Bank Trust)
CS
_in chief R/M to Consent_

Domestic Return Receipt